JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA ESCOBAR,** )<br>        **Petitioner,** )<br>   **v.** )<br> )<br>**MOLLY HILL,** )<br>        **Respondent.** )<br>_____ ) | **NO. CV 19-8925-PSG (KS)**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   3/2/21

                                        _____
                                        PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT JUDGE